UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHANELL WALL, Conservator of MARQUISE STEVEN WALL; and MARQUISE STEVEN WALL, <br><br> Plaintiffs, <br><br> v. <br><br> CYTOSPORT, INC., GAT, and CITY OF GATLINBURG, TENNESSEE, <br><br> Defendants. | No. 3:12-CV-561 <br> (Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss the complaint filed by defendant Cystosport, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that this action be **DISMISSED without prejudice against all defendants for plaintiff's failure to prosecute**.

Dated at Knoxville, Tennessee, this 6th day of June, 2013.

              **ENTER:**

                s/ Thomas W. Phillips
                United States District Judge

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
CLERK OF COURT